# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF SETTING**                                Date:   September 13, 2000

| | |
|---|---|
| CECILIA PEREZ, et al | |
| Plaintiffs | |
| vs. | Civil 98-1549 (PG) |
| AGENCIA NAVEMAR, et al | |
| Defendants | |

By Order of the Court a status conference in the above captioned case, is hereby set for **Thursday, October 5, 2000,** at 8:30 A.M. This proceeding will be held before Honorable Juan M. Pérez-Giménez.

_____
Lida Isis Egelé
Courtroom Deputy

s/c:   Aníbal Escanellas
       Arturo Bauermeister
       Rafael Cuevas