UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

CECILIA PEREZ, ALBERTO GARCIA SANTOS
and their CONJUGAL PARTNERSHIP,

Plaintiffs

v.                                                              Civ. No. 98-1549 (PG)

AGENCIA NAVEMAR DE PUERTO RICO, INC.
ET AL.,

Defendants

## PARTIAL JUDGMENT

Having determined that Plaintiff Perez does not satisfy the first element in her *McDonnell Douglas prima facie* case, it is hereby

**ORDERED and ADJUDGED** that the cause of action against Co-defendant Agencia Navemar de Puerto Rico be **DISMISSED with prejudice**. The Court also **DISMISSES without prejudice** Plaintiffs remaining state law causes of action against Co-defendant Navemar.

San Juan, Puerto Rico, December 6, 2000.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge