UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

RECEIVED & FILED

'00 DEC 13  PM 12:50

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

| | |
|---|---|
| CECILIA PEREZ, ALBERTO GARCIA SANTOS *<br>and their CONJUGAL PARTNERSHIP,         *<br>                                        *<br>    Plaintiffs                          *<br>                                        *<br>    v.                                  *<br>                                        *<br>AGENCIA NAVEMAR DE PUERTO RICO, INC. *<br>ET AL.,                                 *<br>                                        *<br>    Defendants                          *<br>                                        * | Civ. No. 98-1549 (PG) |

* * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

The Court previously found that Plaintiff Perez did not satisfy the first element in her *McDonnell Douglas prima facie* case and entered a partial judgment dismissing the actions against Co-defendant. The Court since has discovered that no other defendants remain in this case and therefore **ORDERS** that the case be closed. A Judgment *Nunc Pro Tunc* will be entered correcting the Court's error.

San Juan, Puerto Rico, December 11th, 2000.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge

(2)

(38)

AO 72A
(Rev.8/82)