## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

CECILIA PEREZ, ALBERTO GARCIA-SANTOS,
AND THEIR CONJUGAL PARTNERSHIP,
    Plaintiffs,

        v.                        Civil No. 98-1549(PG)

AGENCIA NAVEMAR DE PUERTO RICO,
INC., ET AL.,
    Defendants.

| MOTION | ORDER |
|---|---|
| Docket #42 - Motion Requesting An Extension Of Time To File Opposition At Defendant's Bill Of Costs | Granted |

Date: February 15, 2001.

                                    JUAN M. PEREZ-GIMENEZ
                                    U.S. District Judge

